UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

LYNETTE VAUGHN,

       Plaintiff,

v.

THE HOMESAVERS GROUP, LLC,

       Defendant.
_____/

Case No. 1:04-CV-27

HON. RICHARD ALAN ENSLEN

**<u>DEFAULT JUDGMENT</u>**

      This matter is before the Court on Plaintiff's Motion for Entry of Default Judgment against Defendant the Homesavers Group, Inc. made pursuant to Federal Rule of Civil Procedure 55(b)(2). It appears from the filings and record that: (1) an Affidavit for Entry of Default and Entry of Default have been duly filed; (2) Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure; (3) Plaintiff's Affidavit in Support of the application for default judgment requests a sum certain and is authorized by Michigan Compiled Laws § 445.1824; and (4) Plaintiff's Affidavit requests a reasonable and specific amount for attorney fees and costs.  The Court being fully advised in the premises therein:

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default Judgment Against the Homesavers Group, LLC (Dkt. No. 21) is **GRANTED**, and Default Judgment shall enter in favor of Plaintiff Lynette Vaughn and against Defendant the Homesavers Group, LLC in the amount of One-Hundred-Fifteen-Thousand-Four-Hundred-Seventeen Dollars and Forty Cents ($115,417.40).

      **IT IS FURTHER ORDERED** that Plaintiff is awarded attorney fees in the amount of Three-Thousand Dollars ($3,000.00) and costs in the amount of One-Hundred-Fifty Dollars ($150.00).

**IT IS FURTHER ORDERED** that Defendant the Homesavers Group, LLC shall immediately pay the above amounts.

**IT IS FURTHER ORDERED** that Plaintiff shall be entitled to collect attorney fees and costs incurred in enforcing this Judgment.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>July 5, 2005 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>UNITED STATES DISTRICT JUDGE |